**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EVA AMANDA AGUDELO, on behalf of herself and all others similarly situated, | ) ) ) ) | Case No. 1:20-cv-00407 |
| Plaintiff, | ) ) | Chief Judge John J. McConnell, Jr. |
| v. | ) ) | Mag. Judge Patricia A. Sullivan |
| SPRAGUE OPERATING RESOURCES, LLC, | ) ) | |
| Defendant. | ) ) | |

---

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION COSTS, AND INCENTIVE AWARD FOR THE CLASS REPRESENTATIVE**

---

Pursuant to Fed. R. Civ. P. 23(e), Plaintiff Eva Amanda Agudelo, on behalf of herself and a preliminarily certified Class of all others similarly situated, through undersigned Class Counsel, hereby moves the Court for an order granting final approval of the class action Settlement, in similar form to the proposed order attached hereto as **Exhibit 4**.

On December 22, 2022, this Court granted preliminary approval of the class action settlement reached in this case and ordered that the approved notice be disseminated to the Class. (Doc. 31). In accordance with the Court's preliminary approval order, the approved notice was successfully disseminated to the Class via First Class U.S. mail, in English and Spanish, to all identifiable residential addresses within the Class Area, notice of the Settlement was published in the Providence Journal, and the settlement notices and related documents were published on Class Counsel's website at https://www.lsccounsel.com/spraguesettlement. (**Ex. 2**, Liddle Decl., ¶27; **Ex. 2(A)**, Proof of Mailing; **Ex. 2(B)**, Proof of Publication).

Plaintiff is pleased to report that, following proper and timely notice, the reaction of the class has been overwhelmingly, indeed unanimously, positive. 112 claim forms have been received and approved from Class Members; no Class Member objections were made; and no Class Member opt outs were submitted. (**Ex. 2**, Liddle Decl., ¶29-31). A lone "objection" was submitted by the State of Rhode Island Office of the Attorney General ("AG"), which Plaintiff addresses in the attached Memorandum in Support. (**Ex. 3**, AG Objection).

**WHEREFORE**, and for the reasons in the attached Memorandum in Support, Plaintiff respectfully requests that the Court grant this motion and enter an order finally approving the class action settlement, the requested award of attorneys' fees of $241,143.93, out-of-pocket litigation expenses in the amount of $24,068.20, and incentive award of $2,500 to the Class Representative.

Respectfully Submitted,

*/s/ Matthew Z. Robb*
Steven D. Liddle*
Matthew Z. Robb*
*Admitted Pro Hac Vice
**LIDDLE SHEETS COULSON P.C**.
975 E. Jefferson Avenue
Detroit, Michigan 48207-3101
Tel: (313) 392-0015
Fax: (313) (313) 392-0025
sliddle@lsccounsel.com
mrobb@lsccounsel.com

*/s/ Stephen Breggia*
Stephen Breggia
**The Breggia Law Firm**
The Alpha Building
395 Smith Street
Providence, RI 02908
T: (401) 831-9100
F: (402) 831-0129
sbreggia@alphalaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2023, a true and correct copy of the foregoing was served on counsel of record for all parties, via electronic delivery pursuant to the Court's CM/ECF system.

Dated: April 4, 2023

Respectfully Submitted,

*/s/ Matthew Z. Robb*
Steven D. Liddle*
Matthew Z. Robb*
*Admitted Pro Hac Vice
**LIDDLE SHEETS COULSON P.C**.
975 E. Jefferson Avenue
Detroit, Michigan 48207-3101
Tel: (313) 392-0015
Fax: (313) (313) 392-0025
sliddle@lsccounsel.com
mrobb@lsccounsel.com


*/s/ Stephen Breggia*
Stephen Breggia
**The Breggia Law Firm**
The Alpha Building
395 Smith Street
Providence, RI 02908
T: (401) 831-9100
F: (402) 831-0129
sbreggia@alphalaw.com

*Attorneys for Plaintiff*

3